IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JUSTIN CORRON,**<br>26 South Broadway<br>Baltimore, Maryland 21231<br><br>    **Plaintiff,**<br>  *v.*<br><br>**State of Maryland,** *et al.*<br>*Serve on: Dereck E. Davis, State Treasurer*<br>*80 Calvert Street*<br>*Annapolis, Maryland 21401*<br><br>    **Defendants.** | **Civil Action No.** 1:24-cv-00993 |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Plaintiff, Justin Corron, by and through undersigned counsel, Arren T. Waldrep, Justin A. Turner, Esq. and Price Benowitz LLP, and hereby files this response to Defendants CHS TX, Inc., YesCare MD, LLC, Corizon Health of Maryland, LLC, Corizon, LLC, and Kaddie Kallon, R.N.'s Motion to Dismiss.

1. Plaintiff has contemporaneously filed an Amended Complaint dismissing Defendants CHS TX, Inc., YesCare MD, LLC, Corizon Health of Maryland, LLC, Corizon, LLC, and Kaddie Kallon, R.N. and dismissing the negligence claim, Count IV of the Complaint, against Defendants CHS TX, Inc., YesCare MD, LLC, Corizon Health of Maryland, LLC, Corizon, LLC, and Kaddie Kallon, R.N.

2. Therefore, the Defendants Motion to Dismiss is now moot.

WHEREFORE, Plaintiff Justin Corron, respectfully requests that this Honorable Court deny Defendants' Motion to Dismiss as Moot.

Respectfully submitted,

**PRICE BENOWITZ, LLP**

By: */s/ Arren T. Waldrep*
Arren T. Waldrep, Esq. (Bar #14924)
Justin A. Turner, Esq. (Bar # 20186)
409 7th Street, N.W., Suite 200
Washington, D.C. 20004
Phone: (202) 417-6000
Facsimile: (301) 244-6659
Arren@pricebenowitzlaw.com
jturner@pricebenowitzlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 23rd day of May, 2024, a copy of the foregoing Plaintiff's Response to Defendants' Motion to Dismiss was served via first class mail and this Court's electronic filing system to:

Roger Roland Munn, Jr
Law Offices of Roger R Munn Jr LLC
1919 York Road, Ste. 305
Timonium, MD 21093
rmunn@moodklaw.com
*Attorney for Defendants Corizon Health of Maryland, LLC,*
*Corizon, LLC, CHS TX, Inc., YesCare MD, LLC and Kaddie Kallon, R.N.*

Corporal Farinloye
7301 Buttercup Road
Sykesville, MD 21784

Corporal Madu
7301 Buttercup Road
Sykesville, MD 21784

Corporal D. Brown
7301 Buttercup Road
Sykesville, MD 21784

Margaret Chippendale
7301 Buttercup Road
Sykesville, MD 21784

State of Maryland
*Serve on: Dereck E. Davis, State Treasurer*
*80 Calvert Street*
*Annapolis, Maryland 21401*

Maryland Department of Public Safety and Correctional Services
*Serve on Carolyn J. Scruggs, Secretary*
*6852 4th Street.*
*Sykesville, MD 21784*

Garlands Welding & Mechanical, Inc.
4969 Camp Woods Road
Glenville, PA 17329
*Serve on: Mary C. Eddy*
*9013 Dogwood Road*
*Baltimore, Maryland 21244*

Tikaya Parker
7301 Buttercup Road
Sykesville, MD 21784

                                  _/s/ Arren T. Waldrep_
                                  Arren T. Waldrep, Esq.